IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 1:26-CV-00370 |
| | § | |
| REAL PROPERTY LOCATED AT<br>6830 EMPIRE WAY, LUMBERTON,<br>HARDIN COUNTY, TEXAS, INCLUDING<br>ALL BUILDINGS, APPURTENANCES,<br>AND IMPROVEMENTS THEREON | §<br>§<br>§<br>§<br>§ | |

**VERIFIED COMPLAINT FOR FORFEITURE**

In accordance with Fed. R. Civ. P. Supplemental Rule G(2), the United States of America, Plaintiff, brings this complaint for forfeiture and alleges as follows:

Nature of the Action

1. This is an action to forfeit property to the United States for violations of 18 U.S.C. §§ 1343, 1347, 1349, 1956, and 1957.

Defendant In Rem

2. The Defendant Property consists of the real property located at 6830 Empire Way, Lumberton, Hardin County, Texas and all buildings, appurtenances, and improvements thereon. The legal description of the Defendant Property is:

> Property ID: 79245; S05105 Madison Park, Lot Twenty-Eight (28), Acres 0.9298 of Abstract/Subdivision: S05105 in Hardin County, Texas, according to the map or plat thereof under Map ID: P# MA-28, recorded under Hardin Country Appraisal District

Jurisdiction and Venue

3. The Court has subject matter jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345 and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

4. The Court has *in rem* jurisdiction over the Defendant Property pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in the Eastern District of Texas. The Court also has in rem jurisdiction over the Defendant Property located in the Eastern District of Texas pursuant to 28 U.S.C. §§ 1355(b)(1)(B) and 1395(b).

5. Venue is proper pursuant to 28 U.S.C. §1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in the Eastern District of Texas.

Basis for Forfeiture

6. The defendant property is subject to forfeiture pursuant to 18 U.S.C. § 981(a) because it constitutes property involved in transactions or attempted transactions in violation of 18 U.S.C. §§ 1956 and 1957, and/or is property traceable to violations of 18 U.S.C. §§ 1956, and 1957; and pursuant to 18 U.S.C. § 981(a)(1)(C) because it is any property, real or personal, which constitutes or is derived from a proceeds traceable to a violation of an offense constituting a "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7), namely a violation of 18 U.S.C. §§ 1343 (wire fraud), 1347 (health care fraud), and 1349 (conspiracy to commit wire fraud and health care fraud).

Facts

7. The facts and circumstances supporting the forfeiture of the above-described property are attached in the affidavit by USSS Special Agent Gannon Key.

Procedure for Restraining the Defendant Real Property

8. None of the defendant real property has been seized and the government does not request authority from the Court to seize the defendant real property at this time. Pursuant to 18 U.S.C. §§ 985(b)(l) and (c)(l), the government will instead do the following:

a. Post notice of this action and a copy of the Complaint on the property;

b. Serve notice of this action and a copy of this Complaint on the real property owner and any other person or entity who may claim an interest in the real property; and

c. File a *lis pendens* in county records of the real property's status as a defendant in this *in rem* action.

9. The facts and circumstances supporting forfeiture of the above-described real property are contained in the Affidavit of USSS Special Agent Gannon Key, attached hereto and incorporated herein by reference.

Potential Claimants

10. The potential claimants to the defendant property are:

Shalonda Jacobs a/k/a Shalonda Delafoisse
6830 Empire Way
Lumberton, Texas 77657

Shalonda Jacobs a/k/a Shalonda Delafoisse
2727 Kirby Dr., Apt. 8F
Houston, Texas 77098

N&S Dominion Investment Management Group, LLC
c/o
Shalonda Jacobs a/k/a Shalonda Delafoisse
6830 Empire Way
Lumberton, TX 77657

The United States will also publish notice of this suit consistent with the Federal Rules of Civil Procedure, specifically Supplemental Rule G.

Claim for Relief

11. The United States respectfully requests that the Court forfeit the Defendant Property to the United States, award costs and disbursements in this action to the United States, and order any other relief that the Court deems appropriate.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/ Kevin McClendon*
Kevin McClendon
Assistant United States Attorney
State Bar No. 13408620
101 East Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)

**CERTIFICATION OF FILING OF MOTION TO SEAL**

Pursuant to Local Rule CV-5(a)(7)(A), undersigned counsel certifies that on August 25, 2026, Plaintiff filed a Motion to Seal Affidavit Supporting the Complaint for Forfeiture In Rem. [Doc. #2]

/s/ Kevin McClendon
KEVIN MCCLENDON
Assistant United States Attorney

## VERIFICATION PURSUANT TO 28 U.S.C. § 1746

I, Gannon Key, hereby state that:

1. I am a Special Agent with the United States Secret Service.

2. I have read this Complaint, and the information contained herein is true and correct to the best of my knowledge.

3. The information contained in this Complaint comes from the official files and records of the United States, statements from other law enforcement officers, and my investigation of this case.

I state and verify under penalty of perjury that the foregoing is true and correct.

Gannon Key
Special Agent
United States Secret Service

Dated: 08/21/2026